Domestic Engineering Company, appellee, v. Institutional Publications, Inc. et al., appellants. Appeal of Western Newspaper Union, appellant. Gen. No. 40,056.

Heard in the third division of this court for the first district at the April term, 1938. ▇▇▇ Opinion filed November 30, 1938. Rehearing denied December 16, 1938,

Tenney, Harding, Sherman & Rogers and Barry & Crowley, for certain appellant; L. Daw Nichol, Jr., Jerome J. Crowley, William W. Miller and Arthur Holt, Jr., of counsel. Robertson, Crowe & Spence, for appellee; James C. Spence and Henry L. McIntyre, of counsel.

Mr. Justice Hebel delivered the opinion of the court.